| | |
|---|---|
| 1 | LINDA VAN WINKLE DEACON (State Bar No. 60133) |
| | ROBERT D. DONALDSON (State Bar No. 56900) |
| 2 | STEPHANIE M. SAITO (State Bar No. 188778) |
| | BATE, PETERSON, DEACON, ZINN & YOUNG LLP |
| 3 | 888 South Figueroa Street |
| | Fifteenth Floor |
| 4 | Los Angeles, California  90017 |
| | Telephone:   (213) 362-1860 |
| 5 | Facsimile:    (213) 362-1861 |
| | ldeacon@bpdzylaw.com |
| 6 | ssaito@bpdzylaw.com |

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a. AMTRAK, MATTHEW CAHOON (erroneously sued and served as "MATTHEW CALHOUN"), and JOANIE MATSUMOTO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JONES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMTRAK, a quasi-governmental entity; MATTHEW CALHOUN, an individual; JOANIE MATSUMOTO, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 08-7030 RGK (RZx)<br>[Assigned to the Honorable R. Gary Klausner; Courtroom 850]<br><br>[**PROPOSED**] **JUDGMENT AND NOTICE OF ENTRY OF JUDGMENT**<br><br>Discovery cut-off:  June 10, 2009<br>Motion cut-off:     June 24, 2009<br>Trial date:         September 8, 2009<br><br>Complaint filed:   September 11, 2008<br><br>(Removed from the Superior Court of California, for the County of Los Angeles, Case No. BC 397961) |

[PROPOSED] JUDGMENT AND NOTICE OF ENTRY OF JUDGMENT

1       Defendants NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a. AMTRAK's ("Amtrak"), MATTHEW CAHOON's (erroneously sued and served as "Matthew Calhoun"), and JOANIE MATSUMOTO's (collectively, "Defendants") Motion for Summary Judgment or, In the Alternative, Summary Adjudication was set for hearing before this Court on July 20, 2009.  After considering the moving and opposition papers, arguments presented and all other matters submitted to the Court, IT IS HERBY ORDERED AND ADJUDGED that Plaintiff DOUGLAS JONES take nothing, that the action be dismissed with prejudice on the merits as to all claims and all Defendants, and that Defendants recover their costs and attorneys' fees.

      PLEASE TAKE NOTICE that this Order constitutes Notice of Entry of Judgment pursuant to Rule 77(d) of the Federal Rules of Civil Procedure.

DATED: August 28, 2009       _____
                                           THE HONORABLE R. GARY KLAUSNER
                                           United States District Judge