# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 08-07030 RGK (RZx)** | Date | September 3, 2009 |
|---|---|---|---|
| Title | **DOUGLAS JONES V. AMTRAK** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)** Order Re Amended Judgment

　　Pursuant to Federal Rule of Civil Procedure 60(a), the Court hereby amends the Judgment as follows:

　　Defendants NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a. AMTRAK's ("Amtrak"), MATTHEW CAHOON's (erroneously sued and served as "Matthew Calhoun"), and JOANIE MATSUMOTO's (collectively, "Defendants") Motion for Summary Judgment or, In the Alternative, Summary Adjudication was set for hearing before this Court on July 20, 2009. After considering the moving and opposition papers, arguments presented and all other matters submitted to the Court, IT IS HERBY ORDERED AND ADJUDGED that Plaintiff DOUGLAS JONES take nothing, that the action be dismissed with prejudice on the merits as to all claims and all Defendants, and that Defendants recover their costs, the amount of which shall be determined by application to the Clerk of Court.

　　PLEASE TAKE NOTICE that this Order constitutes Notice of Entry of Judgment pursuant to Rule 77(d) of the Federal Rules of Civil Procedure.

　　**IT IS SO ORDERED**.

| | : | N/A |
|---|---|---|
| | Initials of Preparer | yrl |